# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

130304

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WILLIAM MOTTEN, JR., a/k/a/
WILLIAM MOTTEN,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130304
COA: 263886
Wayne CC: 01-009240

      On order of the Court, the application for leave to appeal the November 17, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

p0619

_____
Clerk